IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 18-03623-TOM13 |
| KHRISTOPHER BURGE, ) | |
| SSS: ###-##-9146 ) | |
| ASHLEY BURGE, ) | |
| ###-##-0742 ) | |
| Debtors. ) | |
| ) | |

AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The plan does not provide for payment of secured Claim #26 filed by Tower Loan of Trussville ($1,893.89).

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

Bradford W. Caraway
Chapter 13 Standing Trustee

By: /s/Charles E. King
Charles E. King
Assistant Trustee
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

UL

CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 19th day of November 2018:

BOZEMAN, CARAWAY & ASSOCIATES, PC
rbozemanlaw@yahoo.com

KHRISTOPHER and ASHLEY BURGE
660 VALLEY CREST DRIVE
APT A14
BIRMINGHAM, AL 35215

/s/Charles E. King
Assistant Trustee

UL